UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

United States Courts
Southern District of Texas
FILED

JUN 1 6 2016

David J. Bradley
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER |
| JOSE ELIZARDO SALINAS | § § | **V-16-49** |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about May 22, 2016, in the Victoria Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

JOSE ELIZARDO SALINAS,

did knowingly and in reckless disregard of the fact that Alvaro Alejo-Velez was an alien who had come to, entered, and remained in the United States in violation of law, transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii).

COUNT TWO

On or about May 22, 2016, in the Victoria Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

JOSE ELIZARDO SALINAS,

did knowingly and in reckless disregard of the fact that Ivan Alejo-Velez was an alien who had

come to, entered, and remained in the United States in violation of law, transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii).

## COUNT THREE

On or about May 22, 2016, in the Victoria Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

JOSE ELIZARDO SALINAS,

did knowingly and in reckless disregard of the fact that Manuel Antonio Canas-Molina was an alien who had come to, entered, and remained in the United States in violation of law, transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By: _____
PATTI HUBERT BOOTH
Assistant United States Attorney